UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDA MOSLEY,

        Plaintiff,

-against-

HIGHBRIDGE COMMUNITY
DEVELOPMENT CORPORATION,
RUDOLPH PALETI, and ODEH HASOU,

        Defendants.

**ORDER**

21 Civ. 5876 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Having reviewed the parties' letters regarding Defendants' proposed motion to dismiss (see Dkt. Nos. 4 and 6), Plaintiff is directed to file any Amended Complaint by **August 18, 2021.**

        The initial pretrial conference scheduled for November 4, 2021 is adjourned sine die.

Dated: New York, New York
       July 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge