UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDA MOSLEY,

                Plaintiff,

       - against -

HIGHBRIDGE COMMUNITY
DEVELOPMENT CORPORATION,
RUDOLPH PALETI, and ODEH HASOU,

             Defendants.

**ORDER**

21 Civ. 5876 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendants'

motion to dismiss:

1. Defendants' opening brief is due on **December 22, 2021**;

2. Plaintiff's opposition brief is due on **January 12, 2022**; and

3. Defendants' reply, if any, is due on **January 19, 2022**.

Dated: New York, New York
       December 1, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge